UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMARUEL KNOWLEDGE,<br>Plaintiff,<br>v.<br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY et al.,<br>Defendant. | Case No. 3:26-cv-05163-TMC<br>ORDER ON PENDING MOTIONS |

## I. ORDER

On August 4, 2026, the Court held a hearing on all pending motions, along with case management matters raised by the Court. For the reasons stated on the record, the Court ORDERS as follows:

1. Under Federal Rule of Civil Procedure 21, based on the Court's own motion and the agreement of the parties, the Court adds Allstate Vehicle and Property Insurance Company as a defendant.
2. The attorneys for Allstate Vehicle and Property Insurance Company are directed to file new notices of appearance making clear for the record that they are appearing on behalf of that party.

3. Because it was filed without first obtaining leave of Court, the amended complaint filed at Dkt. 33 is STRICKEN. The operative complaint is filed at Dkt. 1-2.

4. If Plaintiff wishes to amend his complaint, he must file a motion for leave to amend no later than September 8, 2026. *See* Dkt. 28. If he wishes to add parties to that complaint, his motion must be filed no later than August 25, 2026. *See id.*

5. The motion for partial summary judgment filed on behalf of Allstate Vehicle and Property Insurance (Dkt. 13) is DENIED WITHOUT PREJUDICE.

6. Plaintiff's motion to strike June 2026 filings as moot (Dkt. 34) is DENIED.

7. Plaintiff's motion for partial summary judgment on liability and bad faith (Dkt. 22) is DENIED WITHOUT PREJUDICE.

8. Plaintiff's motion to strike defendant's non-compliant discovery notices (Dkt. 38) is GRANTED IN PART and DENIED IN PART. Any discovery served by Allstate Vehicle and Property Insurance before it was added to the case as a defendant is stricken. The motion is otherwise denied.

9. Plaintiff's motion for sanctions (Dkt. 39) is DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 4th day of August, 2026.

Tiffany M. Cartwright
United States District Judge