UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMARUEL KNOWLEDGE,

Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, *et al.*,

Defendants.

Case No. 3:26-cv-05163-TMC

ORDER

## I. ORDER

Defendants' motion to compel (Dkt. 87) is granted. Disputes about relevancy and privacy are not a basis to object to a deposition question. Under Federal Rule of Civil Procedure 30(c)(2), an objection may be noted on the record, "but the examination still proceeds; the testimony is taken subject to any objection." Objections to relevance may also be raised later. If Defendants later seek to admit the deposition testimony at trial, the Court will then rule on whether the questions are relevant or whether any relevance is outweighed by a danger of unfair prejudice. Furthermore, questions about Plaintiff's finances, the people in his life who may have discoverable information, and other court proceedings he has been involved in are within the scope of discovery under Federal Rule of Civil Procedure 26(b)(1). *See Tran v. State Farm Fire*

*& Cas. Co.*, 136 Wn.2d 214, 226-28, 961 P.2d 358 (1998). Defendants have shown that more time is needed to fairly examine Mr. Knowledge. The Court declines to award Defendants their expenses under Rule 37(a)(5), however, because they could have raised these issues when they called the Court during the middle of the deposition. *See* Fed. R. Civ. P. 37(a)(5)(iii).

## II. CONCLUSION

For these reasons, the Court ORDERS:

1. The motion to compel (Dkt. 87) is GRANTED.
2. Plaintiff is ORDERED to appear for a second deposition lasting no more than 5 hours of on-the-record time. The deposition shall occur within 30 days of this Order. Plaintiff may not refuse to answer questions based on objections unless the information sought is privileged. If there is a dispute over whether a question seeks privileged information, the parties shall contact the Court.
3. Defendants' request for sanctions under Rule 37 is DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 23rd day of November, 2026.

Tiffany M. Cartwright
United States District Judge